

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

NO. 2-09-321-CV

SHEREKHAN LAMAR EVANS A/K/A                 APPELLANT
SHON EVANS

V.

THE STATE OF TEXAS                               STATE

------------

## FROM THE 297TH DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1]

------------

Sherekhan Lamar Evans a/k/a Shon Evans filed a notice of appeal from a July 28, 2009 "Interlocutory Default Judgment." It appears that the trial court has not signed a final judgment or appealable interlocutory order. On September 30, 2009, we notified Appellant that unless he or any other party desiring to continue the appeal filed a response by October 12, 2009, showing

---

[1] *See* Tex. R. App. P. 47.4.

grounds for continuing the appeal, we would dismiss the appeal. Appellant did not file a response, and we have not received a response from any other party.

A party may appeal only from a final judgment or an interlocutory order specifically made appealable by statute or rule. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 & n.12 (Tex. 2001); *see*, *e.g.*, Tex. Civ. Prac. & Rem. Code Ann. § 51.014 (Vernon Supp. 2009) (listing appealable interlocutory orders). Because the trial court has not signed a final judgment or appealable interlocutory order, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f).

PER CURIAM

PANEL: GARDNER, WALKER, and MCCOY, JJ.

DELIVERED: December 3, 2009

2